STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2878 RHODE ISLAND FISHERMENS ALLIANCE V D.E.M

Filing Date: 06-05-2007
Case Status: UNASSIGNED

Case Type: DECLARATORY JUDGMENT
Status Date: 06-05-2007

| | |
|---|---|
| Plaintiff: RHODE ISLAND FISHERMENS ALLIANCE INC<br>ID: @10909065 | Attorney: ROBERT CARON |
| Plaintiff: RICHARD FUKA<br>ID: @10909066 | Attorney: ROBERT CARON |
| Plaintiff: STEVEN RILEY<br>ID: @10909067 | Attorney: ROBERT CARON |
| Plaintiff: BRIAN LOFTES<br>ID: @10909068 | Attorney: ROBERT CARON |
| Plaintiff: STEPHEN MEDERIOS<br>ID: @10909069 | Attorney: ROBERT CARON |
| Plaintiff: GREG DUCKWORTH<br>ID: @10909070 | Attorney: ROBERT CARON |
| Plaintiff: VINCENT CARVALHO<br>ID: @10909071 | Attorney: ROBERT CARON |
| Plaintiff: PETER DIBIASE<br>ID: @10909073 | Attorney: ROBERT CARON |
| Plaintiff: ROBERT MORRIS<br>ID: @10909074 | Attorney: ROBERT CARON |
| Plaintiff: ANDREW CAVANAGH<br>ID: @10909075 | Attorney: ROBERT CARON |
| Defendant: DEPARTMENT OF ENVIRONMENTAL MANAG<br>ID: @10909076 | |
| Defendant: W SULLIVAN<br>ID: @10909077 | |
| Defendant: DIRECTOR OF THE RI DEPT OF ENVIRONME<br>ID: @10909079 | |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-22-2007 | DECLARATORY JUDGMENT | P CRT8 | INDEGLIA |
| 06-22-2007 | PRELIMINARY INJUNCTION | P CRT8 | INDEGLIA |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 06-18-2007 | DECLARATORY JUDGMENT<br>CASE CONT BY AGREEMENT | P CRT8 | LANPHEAR |
| 06-18-2007 | PRELIMINARY INJUNCTION<br>CASE CONT BY AGREEMENT | P CRT8 | LANPHEAR |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2878 RHODE ISLAND FISHERMENS ALLIANCE V D.E.M

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-05-2007 | COMPLAINT FILED | |
| 06-05-2007 | INITIAL FILING FEE | |
| 06-05-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP249943. |
| 06-18-2007 | CASE CONT BY AGREEMENT | |
| 06-18-2007 | CASE CONT BY AGREEMENT | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island