UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv -230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

# MOTION TO REMAND

Now come the Plaintiffs in the above referenced matter and move this Honorable Court, pursuant to 28 U.S.C. §1441 to Remand this matter to the Rhode Island Superior Court for hearing on the merits and for reasons states that the action is not properly in federal court, as the complaint does not implicate any federal question which would confer jurisdiction upon this Court.

**WHEREFORE**, your Plaintiffs pray that this Honorable Court Remand this case to the Superior Court. Plaintiffs also request an expedited hearing in this matter as the lobster fishing season is now at its peak.

**A memorandum of law in Support of Plaintiffs' Motion to Remand is attached hereto.**

Respectfully submitted,
Plaintiffs,
By their attorney,

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com

**CERTIFICATION**

I hereby certify that this document has been filed electronically on 27th day of June, 2007, and is available for viewing and downloading form the ECF system.

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com