**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RHODE ISLAND FISHERMEN'S ALLIANCE, et al**

**V.** **C.A. 07-230** ML

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT and W. MICHAEL SULLIVAN, Ph.d., DIRECTOR**

**NOTICE OF FILING OF STATE COURT RECORD**

Now come Defendants, Department of Environmental Management et al and hereby give notice to the Honorable Court of the filing of the record of Superior Court of Rhode Island, Providence County, Rhode Island Fishermen's Alliance et al vs. Department of Environmental Management, et al, CA # 07-2878 See attested copy, attached hereto.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

Michael Rubin Bar No 3656
for Terence J. Tierney

Terence J. Tierney, Bar No. 2583
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2307
Fax: (401) 222-3016

Michael Rubin Bar No 3656
For Gary Powers

Gary Powers, Bar No. 2321
Deputy Chief Legal Counsel
Office of Legal Services
R.I. Dept. of Environmental Management
235 Promenade Street
Providence, RI 02908

## CERTIFICATION

I, the undersigned, hereby certify that I mailed a true copy of this Notice of Filing of State Court Record by first class mail, postage pre-paid, on this 5th day of July 2007 to:

**Robert Caron, Esquire**
55 Bradford Street, Suite 203
Providence, RI 02903

**Clerk**
Providence County Superior Court
250 Benefit Street
Providence, RI 02903

Pamela Lopez

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-2828 SHERERS CAR RENTAL V MARK ROBERTS

Filing Date: 06-01-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PROPERTY DAMAGE-VEHICLE
Status Date: 06-21-2007

Plaintiff: SHERERS CAR RENTAL INC
ID: @10908637

Attorney: LYNDA LAING

Defendant: MARK ROBERTS
ID: @10908638

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-01-2007 | COMPLAINT FILED | |
| 06-01-2007 | INITIAL FILING FEE | |
| 06-01-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP249751. |
| 06-21-2007 | NOTICE OF REMOVAL | |
| 06-21-2007 | CASE REMVD TO US DISTRICT CT | USDISTRICT COURT CASE #CA 07 230 |
| 06-21-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island