UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv -230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

PLAINTIFFS' OBJECTION TO "DEFENDANTS' MOTION TO JOIN A NECESSARY OR INDISPENSIBLE PARTY OR TO DISMISS THE ACTION PURSUANT TO RULE 12(b)(7)"

Now come the Plaintiffs in the above-entitled matter and object to Defendants' motion to join a necessary or indispensable party or to dismiss the action herein pursuant to Rule 12(b)(7). For reason, Plaintiffs aver that complete relief may be granted in the case absent the Atlantic State Marine Fisheries Commission (ASMFC); that the ASMFC has no interest which will be impaired; nor will the ASMFC's absence create a risk of inconsistent obligations.

A memorandum of law in support of Plaintiffs' object is attached hereto.

**WHEREFORE** your Plaintiffs pray that this Honorable Court duly dismiss the Defendants' motion to join a necessary or indispensable party or to dismiss in the alternative.

## CERTIFICATION

I hereby certify that this document has been filed electronically on 13th day of July, 2007, and is available for viewing and downloading from the ECF system.

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com