UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND FISHERMEN'S ALLIANCE, et al | : | |
| -vs- | : | C. A. No. 07-230ML |
| RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT and W. MICHAEL SULLIVAN, Ph.d., DIRECTOR | : | |

MOTION OF RHODE ISLAND LOBSTERMEN'S ASSOCIATION, LANNY DELLINGER, MICHAEL MARCHETTI, AL CHRISTOPHER, RUSS WALLACE, AARON GERWITZ, AL EAGLES, AND HARRY TOWNE FOR LEAVE TO INTERVENE

Now come Rhode Island Lobstermen's Association, Lanny Dellinger, Michael Marchetti, Al Christopher, Russ Wallace, Aaron Gerwitz, Al Eagles, and Harry Towne, and for the reasons set forth in the attached Memorandum of Law, respectfully move, pursuant to Federal Rule of Civil Procedure 24, for leave to intervene in the above-captioned proceeding. A proposed Answer is attached hereto as Exhibit A.

Submitted by,

/s/ Mark A. McSally

MARK A. MCSALLY - #3006
Kelly, Kelleher, Reilly & Simpson
28 Caswell Street
Narragansett, RI 02882
(401) 789-7800
FAX: 789-6990
mmcsally@kkrs.com

To: Gregory L. Benik, Esquire
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
gbenik@nixonpeabody.com

Sean H. Donahue, Esquire
Donahue & Goldberg, LLP
2000 L St., NW Suite 808
Washington, DC 20036
donahue@article3.net

Robert Caron, Esquire
55 Bradford Street, Suite 203
Providence, RI 02903
rcaron@caronolenlaw.necoxmail.com

Terence J. Tierney, Esquire
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
ttierney@riag.ri.gov

Gary Powers, Esquire
Deputy Chief Legal Counsel
Office of Legal Services
R.I. Dept. of Environmental Management
235 Promenade Street
Providence, RI 02908
gary.powers@dem.ri.gov

CERTIFICATION

I hereby certify that on the 27th day of July, 2007, a copy of the within Motion to Intervene was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing, as indicated in the Notice of Electronic filing, will be sent to the above counsel of record via e-mail.

/s/ Mark A. McSally

# EXHIBIT A