UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv -230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

**PLAINTIFFS' OBJECTION TO THE ATLANTIC STATES MARINE FISHERIES COMMISSION'S MOTION TO INTERVENE**

Now come the Plaintiffs in the above-entitled matter and object to the Atlantic States Marine Fisheries Commission (ASMFC) motion to intervene. For reason, Plaintiffs aver that the ASMFC has no real interest in the present litigation, the disposition of the action will not impair or impede the ASMFC's interest, and any interest the ASMFC may have is adequately represented by Defendants Rhode Island Department of Environmental Management and the State of Rhode Island.

A memorandum of law in support of Plaintiffs' object is attached hereto.

**WHEREFORE** your Plaintiffs pray that this Honorable Court deny and dismiss the Atlantic States Marine Fisheries Commission motion to intervene.

**CERTIFICATION**

I hereby certify that this document has been filed electronically on the 3rd day of August, 2007, and is available for viewing and downloading from the ECF system.

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com