**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RHODE ISLAND FISHERMEN'S ALLIANCE, et al.,**
**Plaintiffs,**
**V.** **C.A. No. 07-230 (ML)**

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT and W. MICHAEL SULLIVAN, Ph.D., DIRECTOR,**

**Defendants.**

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

Gregory L. Benik, counsel for Intervenor Defendant, Atlantic States Marine Fisheries Commission, hereby gives notice that, effective November 1, 2007, all pleadings, filings and notices in this litigation should be directed to him at the following address:

Benik & Associates P.C.
931 Jefferson Blvd., Suite 2008
Warwick, RI 02886
(phone) 401-454-0054
(fax) 401-732-5054
gbenik@jreri.com

Respectfully submitted,

/s/ Gregory L. Benik

Gregory L. Benik (#1515)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Fax: (401) 454-1030
Tel: (401) 454-1000
gbenik@nixonpeabody.com

*Of Counsel:*

Sean H. Donahue
Donahue & Goldberg, LLP
2000 L St., NW Suite 808
Washington, DC 20036
(202) 466-2234
donahue@article3.net

Dated: October 31, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st of October, 2007, an exact copy of the within document was electronically mailed to the Electronic Case Filing system of the United States District Court for the District of Rhode Island. Notice of this filing, as indicated in the Notice of Electronic filing, will be sent via e-mail to the following:

Robert Caron, Esq., rcaron@caronolenlaw.necoxmail.com

Gary E. Powers, Esq., gary.powers@dem.ri.gov

Terence J. Tierney, Esq., ttierney@riag.ri.gov

Mark A. McSally, Esq., mmcsally@kkrs.com

/s/ Gregory L. Benik