UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,
Plaintiffs,

v. C.A. No. 07-230ML

THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT and W. MICHAEL SULLIVAN, PH.D. in his capacity as the Director of the Rhode Island Department of Environment Management,
Defendants.

ORDER

This matter is before the Court on the motion of Rhode Island Lobstermen's Association, Lanny Dellinger, Michael Marchetti, Al Christopher, Russ Wallace, Aaron Gerwitz, Al Eagles, and Harry Towne for leave to intervene pursuant to Fed. R. Civ. P. 24.

The motion to intervene is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 5, 2007