UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND FISHERMEN'S
ALLIANCE, INC., et al.

v. CA 07-230 ML

THE DEPARTMENT OF ENVIRONMENTAL
MANAGEMENT, et al.

# ORDER

This matter came before the Court for a conference, with all parties in attendance. The Court now makes the following orders:

1. Plaintiffs shall, if they so choose, file an Amended Complaint on or before December 14, 2007.

2. If Plaintiffs do not file an amended complaint, they shall file their Motion for Preliminary Injunction on or before December 28, 2007.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
November 14, 2007