UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv -230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME**

Now come the Plaintiffs in the above-entitled matter and move this Honorable Court for an enlargement of time for which to amend the within complaint and/or proceed with the motion and supporting memoranda to be heard on Plaintiffs prayer for preliminary injunction, and for reason states:

1. That counsel for Plaintiffs is a sole practitioner with a significant caseload.

2. Counsel for Plaintiffs has been occupied with numerous other cases involving pressing deadlines.

3. That in addition, given the holiday season, counsel needs additional time to consult with Plaintiffs and prepare a certain course of action.

4. Counsel has conferred with Attorney Terrance Tierney and Attorney Mark McSally and both have advised that they have no objection to this request. Further, Attorney Tierney has advised that Attorney Powers does not have an objection to this request. Counsel has been unable to receive confirmation from Attorney Donahue regarding this request, however, it is difficult to imagine that Mr. Donahue would have any objection.

**WHEREFORE**, your Plaintiffs pray that this court grant the following relief:

1. That Plaintiffs be allowed to amend their complaint if they so choose for an additional three (3) weeks up to and including January 4, 2007.

2. That in the alternative counsel for Plaintiffs may have up to and including January 18, 2008 to file a motion for a preliminary injunction.

Respectfully submitted,
Plaintiffs,
By their attorney,

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com