**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv – 230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

**MOTION FOR COURT TO ADJUDICATE PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT AND MOTION FOR PRELIMINARY INJUNCTION**

NOW comes the Plaintiffs in the above-entitled matter and moves this Honorable Court to Adjudicate this Complaint for Declaratory Judgment and Motion for Preliminary Injunction.[1]

A Memorandum of Law in support of Plaintiffs' Motion is attached hereto.

[1] Should this Court wish to hear testimony regarding the financial harm Plaintiffs have suffered Plaintiffs are prepared to so testify. Otherwise, Plaintiffs assume that the Court and the Defendants recognize the financial harm to the livelihood of these Plaintiffs

Respectfully submitted,
Plaintiffs,
By their attorney,

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com