**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RHODE ISLAND FISHERMEN'S ALLIANCE, et al**
**Plaintiffs**

**v.** **C.A. No. 07-230**

**RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, et al**
**Defendants**

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT AND PRELIMINARY INJUNCTION**

Now come the defendants, Rhode Island Department of Environmental Management, Rhode Island Lobstermen's Association and the Atlantic States Marine Fisheries Commission, and move for an enlargement of time within which to object to Plaintiffs' Motion for Declaratory Injunction and Preliminary Injunction. Defendants seek an extension until February 15, 2008, and are authorized to represent to the Court that counsel for Plaintiffs has no objection to said request.

Respectfully submitted,

RI Department of Environmental Management
By its Attorneys,

/s/ Terence J. Tierney
Terence J. Tierney, Bar No. 2583
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2307
Fax: (401) 222-3016

/s/ Gary Powers
Gary Powers, Bar No. 2321
Deputy Chief Legal Counsel
Office of Legal Services
R.I. Dept. of Environmental Management
235 Promenade Street
Providence, RI 02908
Tel: (401) 222-4700 ext 2308
Fax: (401) 222-3378

/s/ Sean H. Donahue
Sean Donahue, Esquire
2000 L. Street, NW Suite 808
Washington, DC 20036

/s/ Mark A. McSally
Mark A. McSally, Esquire
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**CERTIFICATION**

I, the undersigned, hereby certify that the within document was served by electronic means (ECF) on this 30th day of January, 2008 to the following:

Robert Caron, Esquire
55 Bradford Street, Suite 203
Providence, RI 02903
RCaron@caronolenlaw.necoxmail.com

/s/ Terence J. Tierney