**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv - 230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management, et al** ***Defendants*** | : | |

**<u>STATEMENT OF UNDISPUTE FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

Defendants State of Rhode Island Department of Environmental Management (DEM) and W. Michael Sullivan, and Defendants-Interveners Atlantic States Marine Fisheries Commission (ASMFC) and the Rhode Island Lobstermen Association (collectively, "Defendants") respectfully submit this Statement of Undisputed Facts in support of Motion For Summary Judgment pursuant to Rule 56(a) of the Local Rules of the U.S. District Court For the District of Rhode Island.



PDF created with pdfFactory trial version www.pdffactory.com

1. The case at bar was filed initially filed in Rhode Island Superior Court, and was removed to this Court.

2. Plaintiffs challenge Rhode Island Marine Fisheries Regulation Part 15.14.2 - Area 2 Lobster Trap Effort Control (2007), which was promulgated by Defendant DEM after a public hearing where the public was given an opportunity to comment on it.

4. The challenged regulation restricts lobster fishing effort by allocating commercial lobster traps based upon each fisher's documented participation in the lobster trap fishery during 2001-2003.

5. Rhode Island Marine Fisheries Regulation 15.14.2 implements the fishing effort control provisions set forth in Addendum VII to Amendment 3 of the Atlantic States Marine Fisheries Commission's (ASMFC's) Interstate Fishery Management Plan for American Lobster ("Addendum 3") , consistent with Rhode Island's obligations as a member of the ASMFC compact.

6. The ASMFC adopted Addendum 3 based upon the its determination that the American Lobster is overfished in Lobster Management Area 2, which includes Rhode Island coastal waters.

7. Addendum VII was adopted by the ASMFC after a public process that included hearings and opportunity for public comment in each of the affected states. The Management Plan established pursuant to Addendum VII calls for the reduction of the number of lobsters harvested in Lobster Management Area 2 by reducing the number of lobster traps that may legally be deployed.



PDF created with pdfFactory trial version www.pdffactory.com

8. The Management Plan established pursuant to Addendum VII also requires that a fisher's lobster trap allocation be calculated based upon each fisherman's documented participation in the lobster trap fishery during 2001-2003.

9. Each of the ASMFC member states with Area 2 fisherman have implemented Addendum VII. No state has requested an exemption from Addendum VII's trap allocation requirements on conservation equivalency or other grounds.

10. While the DEM's regulations have fully implemented the provisions of Addendum VII concerning lobster trap allocation, DEM has not yet adopted regulations concerning the transferability of traps.

Respectfully submitted,

RI Department of Environmental Management
By its Attorneys,

/s/ Terence J. Tierney
Terence J. Tierney, Bar No. 2583
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2307
Fax: (401) 222-3016

/s/ Gary Powers
Gary Powers, Bar No. 2321
Deputy Chief Legal Counsel
Office of Legal Services
R.I. Dept. of Environmental Management
235 Promenade Street
Providence, RI 02908
Tel: (401) 222-4700 ext 2308
Fax: (401) 222-3378



PDF created with pdfFactory trial version www.pdffactory.com

/s/ Sean H. Donahue
Sean Donahue, Esquire
2000 L. Street, NW Suite 808
Washington, DC 20036

/s/ Mark A. McSally
Mark A. McSally, Esquire
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903

**CERTIFICATION**

I, the undersigned, hereby certify that the within document was served by electronic means (ECF) on this 27th day of February, 2008 to the following:

Robert Caron, Esquire
55 Bradford Street, Suite 203
Providence, RI 02903
RCaron@caronolenlaw.necoxmail.com

/s/ Terence J. Tierney



PDF created with pdfFactory trial version www.pdffactory.com