**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv – 230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

**ASSENTED TO MOTION FOR ENLARGEMENT OF TIME FOR WHICH TO RESPOND TO AND OBJECT TO DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT AND MOTION FOR PRELIMINARY INJUNCTION AND IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now, come the Plaintiffs, through counsel, and moves this Honorable Court for and additional thirty (30) days, up to and including April 10, 2008 to Respond to and object to Defendants' Memorandum of Law In Opposition to Plaintiffs' Motion for Declaratory Judgment and Motion for Preliminary Injunction and in support of Defendants' Motion for Summary Judgment.

For reason, counsel avers that he is a sole practitioner with an extremely heavy caseload.

Counsel has been able to speak with all attorneys in this case and they have all given their assent to this request.

WHEREFORE, your Plaintiffs pray that this Honorable Court grant this Request for an Enlargement of Time to Respond to and Object to Defendants' Motion for

Declaratory Judgment and Motion for Preliminary Injunction and in Support of Defendants' Motion for Summary Judgment.

Respectfully submitted,
Plaintiffs,
By their attorney,

/S/ Robert J. Caron

Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com