**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND FISHERMEN'S ALLIANCE, INC., by and through its President, RICHARD FUKA, STEVEN RILEY, individually, BRIAN LOFTES, individually, STEPHEN MEDERIOS, individually, GREG DUCKWORTH, individually, VINCENT CARVALHO, individually, PETER DIBIASE, ESQ., individually, ROBERT MORRIS, individually, and ANDREW CAVANAGH, individually,** ***Plaintiffs*** | : | |
| **v.** | : | **C.A. NO. 1:07 – cv – 230** |
| **THE DEPARTMENT OF ENVIRONMENTAL MANAGEMENT And W. MICHAEL SULLIVAN, PH.D. In his capacity as the Director of the Rhode Island Department of Environmental Management** ***Defendants*** | : | |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiffs pursuant to Federal Rule of Civil Procedure 56 and move this Honorable Court to enter Summary Judgment for the Plaintiffs and against the Defendants. Attached herewith, is a Memorandum of Law in Response to the Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction and Complaint for Declaratory Judgment and in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiffs' Cross-Motion for Summary Judgment.

WHERFORE, Plaintiffs pray that this Court grant Summary Judgment in their favor and against the Defendants and respectfully request oral argument. Should the

Court find that there are genuine issues of material fact to be considered, Plaintiffs request an evidentiary hearing.

Respectfully submitted,
Plaintiffs,
By their attorney,

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com

**CERTIFICATION**

I hereby certify that this document has been filed electronically on the 10th day of April, 2008, and is available for viewing and downloading from the ECF system.

/S/ Robert J. Caron
Robert J. Caron, Esq. 5735
55 Bradford Street, Ste 203
Providence, RI 02903
Phone: (401) 621-8600
Fax (401) 274-2480
rcaron@caronolenlaw.necoxmail.com